| | | |
|---|---|---|
| BROMBERG LAW OFFICE, P.C. | * | CIRCUIT COURT FOR |
| Plaintiff | * | HARFORD COUNTY, MARYLAND |
| v. | * | |
| MICHAEL CRAIG WORSHAM, et al. | * | Case #: 12-C-121420 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' REQUEST FOR HEARING ON MOTION TO DISMISS

Defendants Michael C. Worsham, and Michael C. Worsham, P.C., request a hearing on their Motion to Dismiss.

Respectfully submitted,

*/s/ Michael C. Worsham*

Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192, Fax: (410) 510-1870
mcw @ worshamlaw.com

---

On July 11, 2012 a copy of this document was served via U.S. mail on: Michael Gregg Morin, Esq., P.O. Box 778, Severn, MD 21144-0778, (410) 551-4330, Fax: (885) 329-6453.

*/s/ Michael C. Worsham*

Michael C. Worsham