## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BROMBERG LAW OFFICE, P.C.** | Case Number: |
| Plaintiff | |
| *v.* | **1:12-cv-02504-WDQ** |
| **MICHAEL CRAIG WORSHAM**, *et al.* | |
| Defendants | |

### LINE:

### ADDITIONAL DOCUMENTS FILED IN THE STATE COURT PRIOR TO REMOVAL

Stakeholder and Plaintiff; Bromberg Law Office, P.C.; by its attorney Michael Gregg Morin; submittes the following two documents that were filed in the State court case prior to the removal filed by Defendant Internal Revenue Service and a copy of the State court docket:

1. "Answer of Michael C. Worsham and Michael C. Worsham, P.C." filed in State case on 17 August 2012 and docketed as entry no. 1/1.

2. "Notice of Withdrawal of Motion to Dismiss" filed in State case on 17 August 2012 and docketed as entry no. 17/0.

3. Case Information (Court docket) for *Bromberg Law Office, PC v. Michael Craig Worsham, et al.*, Circuit Court for Harford County, Maryland, case no. 12-C-12-001420.

For Bromberg Law Office, P.C.:

*/s/ Michael Gregg Morin*
Michael Gregg Morin
Fed. Bar No. 15399
P.O. Box 778
Severn, MD  21144-0778
Telephone:  855.623.6453
Facsimile:  855.329.6453
E-mail:  mikemorin.morinlaw@gmail.com

### CERTIFICATE OF SERVICE

I certify that on 23 August 2012, I served a copy of the foregoing on all parties registered with the ECF system via the ECF system and on the following by U.S. Mail:

Michael Craig Worsham
Michael C. Worsham, P.C.
1916 Cosner Road
Forest Hill, Maryland  21050-2210

*/s/ Michael Gregg Morin*
Michael Gregg Morin
Fed. Bar No. 15399