| | | |
|---|---|---|
| BROMBERG LAW OFFICE, P.C. | * | IN THE CIRCUIT COURT FOR |
| Plaintiff | * | HARFORD COUNTY, MARYLAND |
| v. | * | |
| MICHAEL CRAIG WORSHAM, et al. | * | Case #: 12-C-121420 |
| Defendants | * | |

AUG 1 7 2012

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Defendants Michael C. Worsham, and Michael C. Worsham, P.C., withdraw their Motion to Dismiss this suit for lack of standing of Bromberg Law Office, P.C. and/or failure to name a necessary party, Brian L. Bromberg.

Review of the Interpleader Rule 2-221 indicates that the Court has specific authority to dismiss the interpleader action, whether for the grounds in the now withdrawn Motion or otherwise, so that a specific hearing on the Motion to Dismiss would or may not be the best use of the party's and the Court's time at ths juncture. The Court can determine whether it wishes to use the September 17, 2012 hearing date that has been scheduled on the Motion to Dismiss for purposes of determining the Order of interpleader contemplated by Rule 2-221(b), if all Defendants have answered the Complaint in sufficient time by then.

Alternatively, the Court may avoid a hearing altogether if it decides to sign the proposed Order provided and filed with Defendants' Answer to the Complaint, which is being filed contemporaneously with this Notice of Withdrawal. The proposed Order would distribute the funds to Defendant Michael C. Worsham, P.C., as the only other remaining Defendant, the IRS, has made no current or immediate claim to receive any of those funds right now.

Respectfully submitted,

*Michael C. Worsham*

Michael C. Worsham
Michael C. Worsham, P.C.
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192, Fax: (410) 510-1870
mcw @ worshamlaw.com

*Defendants*

## CERTIFICATE OF SERVICE

On August 16, 2012 a copy of this document was served via U.S. mail on:

(1)   Michael Gregg Morin, Esq., P.O. Box 778, Severn, MD 21144-0778, (410) 551-4330, Fax: (885) 329-6453

(2)   Internal Revenue Service, 1111 Constitution Avenue, NW, Washington, D.C. 20004.

*Michael C. Worsham*

Michael C. Worsham

2