Circuit Court of Maryland

Go Back

# Case Information

Court System: **Circuit Court for Harford County - Civil System**
Case Number: **12C12001420**
Title: **Bromberg Law Office P C vs Michael Craig Worsham, et al**
Case Type: **Other Civil** Filing Date: **05/25/2012**
Case Status: **Open/Active**

# Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff** Party No.: **1**
Business or Organization Name: **Bromberg Law Office P C**
Address: **Suite 2010**
City: **New York** State: **NY** Zip Code: **10005**

## Attorney(s) for the Plaintiff/Petitioner

Name: **Morin, Esq, Michael Gregg**
Appearance Date: **05/25/2012**
Practice Name:
Address: **PO Box 778**
City: **Severn** State: **MD** Zip Code: **21144**

# Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant** Party No.: **1**
Name: **Worsham, Michael Craig**
Address: **1916 Cosner Road**
City: **Forest Hill** State: **MD** Zip Code: **21050**

Party Type: **Defendant** Party No.: **2**
Business or Organization Name: **Michael C Worsham P C**
Address: **1916 Cosner Road**
City: **Forest Hill** State: **MD** Zip Code: **21050**

## Aliases Defendant/Respondent

Name: **Law Office Of Michael Craig Worsham**

Party Type: **Defendant** Party No.: **3**
Business or Organization Name: **Internal Revenue Service**
Address: **1111 Constitiution Avenue NW**
City: **Washington** State: **DC** Zip Code: **20004**

## Court Scheduling Information

Event Type: **Open Motions**   Notice Date: **07/24/2012**
Event Date: **09/17/2012**   Event Time: **11:00 AM**
Result:        Result Date:

## Document Tracking

(Each Document listed. Documents are listed in Document No./Sequence No. order)

Doc No./Seq No.: **1/0**
  File Date: **05/25/2012**   Close Date:      Decision:
  Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Complaint for Interpleader**

Doc No./Seq No.: **1/1**
  File Date: **08/17/2012**   Close Date:      Decision:
  Party Type: **Defendant**   Party No.: **1**
Document Name: **Answer of Michael C. Worsham and Michael C. Worsham, P.C.**
  **Filed by DEF001-Worsham, DEF002-Michael C Worsham P C**

Doc No./Seq No.: **2/0**
  File Date: **05/25/2012**   Close Date: **05/25/2012**   Decision:
  Party Type: **Defendant**   Party No.: **1**
Document Name: **Writ of Summons - Civil Issued**

Doc No./Seq No.: **3/0**
  File Date: **05/25/2012**   Close Date: **05/25/2012**   Decision:
  Party Type: **Defendant**   Party No.: **2**
Document Name: **Writ of Summons - Civil Issued**

Doc No./Seq No.: **4/0**
  File Date: **05/25/2012**   Close Date: **05/25/2012**   Decision:
  Party Type: **Defendant**   Party No.: **3**
Document Name: **Writ of Summons - Civil Issued**

Doc No./Seq No.: **5/0**
  File Date: **05/25/2012**   Close Date: **05/25/2012**   Decision:
Document Name: **Order**
  Ordered that the Clerk of the Court shall accept the Funds in trust submitted by the Plaintiff (Bromberg Law Office, P.A. IOLA Account check #605 for $71,456.61) subject to further order of the Court.

Doc No./Seq No.: **6/0**
  File Date: **05/25/2012**   Close Date:      Decision:
Document Name: **Check deposited into Special Account (page 593) in the amount of $71,456.61**

Doc No./Seq No.: **7/0**
  File Date: **05/29/2012**   Close Date: **05/29/2012**   Decision:

Party Type: **Defendant**  Party No.: **2**
Document Name: **Return of Service - Served**
**Writ of Summons served 05/28/12**

---

Doc No./Seq No.: **8/0**
File Date: **05/29/2012**  Close Date: **05/29/2012**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Return of Service - Served**
**Writ of Summons served 05/28/12**

---

Doc No./Seq No.: **9/0**
File Date: **06/22/2012**  Close Date:  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Motion to Dismiss**
**Filed by DEF002-Michael C Worsham P C, DEF001-Worsham**

---

Doc No./Seq No.: **9/1**
File Date: **06/29/2012**  Close Date:  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Plaintiff's Response In Opposition To Defendants' Motion To Dismiss and Exhibits**

---

Doc No./Seq No.: **9/2**
File Date: **07/12/2012**  Close Date:  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Defendant's Reply in Support of Motion to Dismiss**
**Filed by DEF001-Worsham, DEF002-Michael C Worsham P C**

---

Doc No./Seq No.: **10/0**
File Date: **06/29/2012**  Close Date:  Decision:
Document Name: **Line**
**Correction of Address for Defendant Internal Revenue Service**
**Filed by Attorney: Michael Gregg Morin Esq**

---

Doc No./Seq No.: **11/0**
File Date: **06/29/2012**  Close Date:  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Request for Order of Default - Michael Craig Worsham and Affidavit of Non-Military Service**

---

Doc No./Seq No.: **12/0**
File Date: **06/29/2012**  Close Date:  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Request for Order of Default - Michael C. Worsham, P. C. and Affidavit of Non-Military Service**

---

Doc No./Seq No.: **13/0**
File Date: **07/24/2012**  Close Date: **07/24/2012**  Decision:
Document Name: **Notice of Hearing/Trial Issued**
Event: Open Motions, Scheduled: 09/17/2012, Time: 11:00AM
PARTIES:
Morin, Michael, Esq
Worsham, Michael
Michael C Worsham P C,
Internal Revenue Service,

Doc No./Seq No.: **14/0**
    File Date: **07/25/2012**   Close Date: **07/25/2012**   Decision:
    Party Type: **Defendant**   Party No.: **3**
Document Name: **Return of Service - Served**
    Writ of Summons served 07/23/12

Doc No./Seq No.: **15/0**
    File Date: **07/24/2012**   Close Date:   Decision:
Document Name: **Request to Reissue**
    (as to Defendant 3 Internal Revenue Service)
    Filed by Attorney: Michael Gregg Morin Esq

Doc No./Seq No.: **16/0**
    File Date: **07/27/2012**   Close Date:   Decision:
Document Name: **Writ of Summons - Civil Re-Issued**

Doc No./Seq No.: **17/0**
    File Date: **08/17/2012**   Close Date: **08/20/2012**   Decision:
    Party Type: **Defendant**   Party No.: **1**
Document Name: **Notice of Withdrawal of Motion to Dismiss**
    Filed by DEF001-Worsham, DEF002-Michael C Worsham P C

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.