## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BROMBERG LAW OFFICE, P.C.**<br>    Plaintiff<br><br>v.<br><br>**MICHAEL CRAIG WORSHAM**, et al.<br>    Defendants | Case Number:<br><br><br>**1:12-cv-02504-WDQ** |

### NOTICE OF ASSOCIATED CASE

Stakeholder and Plaintiff; Bromberg Law Office, P.C.; by its attorney Michael Gregg Morin; notifies the Court of an associated case pending before the U.S. Tax Court, docket no. 031151-09, *in re:* Michael Craig Worsham.

> For Bromberg Law Office, P.C.:
>
> */s/ Michael Gregg Morin*
> Michael Gregg Morin
> Fed. Bar No. 15399
> P.O. Box 778
> Severn, MD  21144-0778
> Telephone:  855.623.6453
> Faxcimile:  855.329.6453
> E-mail:  mikemorin.morinlaw@gmail.com

#### CERTIFICATE OF SERVICE

I certify that on 23 August 2012, I served a copy of the foregoing on all parties registered with the ECF system via the ECF system and on the following by U.S. Mail: Michael Craig Worsham; Michael C. Worsham, P.C.; 1916 Cosner Road; Forest Hill, Maryland  21050-2210

> */s/ Michael Gregg Morin*
> Michael Gregg Morin
> Fed. Bar No. 15399