UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BROMBERG LAW OFFICE, P.C. | * | |
| Plaintiff | * | Case #: 1:12-cv-02504-WD |
| v. | * | |
| MICHAEL CRAIG WORSHAM, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **DEFENDANTS' MOTION TO STRIKE ECF DOCUMENTS #13 AND #13-1**

Defendants Michael C. Worsham, and Michael C. Worsham, P.C., move to strike the filing by Plaintiff Bromberg Law Office, P.C. (Bromberg) on August 23, 2012 of ECF #13, "Notice of Associated Case," and ECF #13-1, July 31, 2012 Tax Court Order. Bromberg filed an opinion in an ongoing case in the U.S. Tax Court related to calendar year 2006, incorrectly identifying the case as "associated to" the instant case. The Tax Court case has nothing to do with the funds that Bromberg acknowledges and admits are due to Michael C. Worsham, P.C., nothing to do with the instant case, and the Tax Court case is not yet final yet and certain to be appealed in any event. The U.S. Tax Court opinion was also not a part of the record in the Harford County Circuit Court.

WHEREFORE the Court should grant this Motion and strike documents ECF #13 & 13-1.

Respectfully submitted,
 /s/ *Michael C. Worsham*
For Michael C. Worsham
and Michael C. Worsham, P.C.
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192, Fax: (410) 510-1870
mcw @ worshamlaw.com
Federal Bar #25923

On September 1, 2012 a copy of this document was filed via the Court's ECF system.

 /s/
Michael C. Worsham