IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Bromberg Law Office, P.C. | * | |
| vs. | * | Case No. 1:12-cv-02504-WDQ |
| Michael Craig Worsham, et al. | * | |

\*\*\*\*\*\*

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☒ I certify, as party/counsel in this case that Michael C. Worsham, P.C.
   (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☐ The following corporate affiliations exist with _____:
   (name of party)

_____
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

September 1, 2012                                   /s/ Michael C. Worsham
*Date*                                              *Signature*

                                                    Michael C. Worsham, Esq.        25923
                                                    *Printed Name*                  *Bar Number*

                                                    1916 Cosner Road
                                                    *Address*

                                                    Forest Hill, Maryland 20150-2210
                                                    *City/State/Zip*

                                                    410-557-6192                    410-510-1870
                                                    *Phone No.*                     *Fax No.*