Activity in Case 8:08-cv-00128-JKS Eason v. AFNI, Incorporated et al O...

Case 1:12-cv-02504-WDQ   Document 16-1   Filed 09/02/12   Page 1 of 2

**Subject:** Activity in Case 8:08-cv-00128-JKS Eason v. AFNI, Incorporated et al Order on Motion to Enforce
**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov
**Date:** 4/17/2012 2:42 PM
**To:** MDDdb_ECF@mdd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Maryland

### Notice of Electronic Filing

The following transaction was entered on 4/17/2012 at 2:42 PM EDT and filed on 4/17/2012

**Case Name:** Eason v. AFNI, Incorporated et al
**Case Number:** 8:08-cv-00128-JKS
**Filer:**
**WARNING: CASE CLOSED on 01/25/2012**
**Document Number:** 160(No document attached)

### Docket Text:
**PAPERLESS ORDER denying [152] Motion to Enforce Judgment; denying [153] Motion to Deposit Funds. For reasons stated on the record during today's hearing, both motions are denied in full. Signed by Magistrate Judge Jillyn K Schulze on 4/17/12. (Schulze, Jillyn)**

**8:08-cv-00128-JKS Notice has been electronically mailed to:**

Sandy David Baron   sbaron@shulmanrogers.com

Henry Mark Stichel   hmstichel@ghsllp.com

Bruce S Luckman   bluckman@mstkw.com

Nathan Daniel Adler   nda@nqgrg.com, terry@nqgrg.com

James M Connolly   jmc@kramerslaw.com, taf@kramerslaw.com

Michael Craig Worsham   mcw@worshamlaw.com

Activity in Case 8:08-cv-00128-JKS Eason v. AFNI, Incorporated et al O...

Case 1:12-cv-02504-WDQ   Document 16-1   Filed 09/02/12   Page 2 of 2

Stephanie D Cope scope@kslaw.com, equifaxecf@kslaw.com

Mae Cheung cheungmae@yahoo.com

Brian Lewis Bromberg brian@bromberglawoffice.com

Boyd W Gentry bgentry@sdtlawyers.com, cherman@sdtlawyers.com, dharting@sdtlawyers.com, jkirby@sdtlawyers.com, jlangenderfer@sdtlawyers.com, jsipple@sdtlawyers.com, jturner@sdtlawyers.com, kwidmyer@sdtlawyers.com, mfrankel@sdtlawyers.com

Jeffrey Charles Turner jturner@sdtlawyers.com

**8:08-cv-00128-JKS Notice will not be electronically delivered to:**

Robinette F. Valentine-Randolph
2036 N. Fulton Ave.
Baltimore, MD 21217-1305