IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROMBERG LAW OFFICE, P.C., )<br>     ) Case No. 1:12-cv-02504-WDQ<br>     Plaintiff,     )<br>     ) Removal of Case No. 12-C-12-1420<br>v.     ) from the Circuit Court for<br>     ) Harford County, Maryland<br>MICHAEL CRAIG WORSHAM,     )<br>MICHAEL C. WORSHAM, P.C., and )<br>INTERNAL REVENUE SERVICE, )<br>     )<br>     Defendants.     ) | |

**ORDER GRANTING**
**UNITED STATES' MOTION TO DISMISS**

UPON CONSIDERATION of the United States' motion to dismiss, the reasons therefor, and the parties' responses thereto, the Court has determined that the motion should be, and therefore is, GRANTED. It is therefore

ORDERED, ADJUDGED, and DECREED that the Internal Revenue Service be, and therefore is DISMISSED as a party to this action. It is further

ORDERED that this case be remanded to the Circuit Court for Harford County.

Dated this _____ day of _____, 2012.

_____
WILLIAM D. QUARLES
United States District Judge