## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BROMBERG LAW OFFICE, P.C., | ) | |
| | ) | Case No. 1:12-cv-02504 WDQ |
| Plaintiff, | ) | |
| | ) | Removal of Case No. 12-C-12-1420 |
| v. | ) | from the Circuit Court for |
| | ) | Harford County, Maryland |
| MICHAEL CRAIG WORSHAM, | ) | |
| MICHAEL C. WORSHAM, P.C., and | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS,

MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO DISMISS, and

proposed ORDER have been caused to be served this 18th day of September, 2012, by

filing it with the Court's CM/ECF system, which will electronically transmit copies to:

>Michael Gregg Morin, Esq.
>mikemorin.morinlaw@gmail.com
>Counsel for plaintiff
>
>Michael C. Worsham
>mcw@worshamlaw.com
>Counsel for defendants
>Michael C. Worsham and
>Michael C. Worsham, P.C.

Dated:          September 18, 2012.


>  /s/ Gerald A. Role
>GERALD A. ROLE, #04674
>Trial Attorney, Tax Division
>United States Department of Justice