IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROMBERG LAW OFFICE, P.C., ) | |
| ) | Case No. 1:12-cv-02504-WDQ |
| Plaintiff, ) | |
| ) | Removal of Case No. 12-C-12-1420 |
| v.  ) | from the Circuit Court for |
| ) | Harford County, Maryland |
| MICHAEL CRAIG WORSHAM, ) | |
| MICHAEL C. WORSHAM, P.C., and ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' RESPONSE TO
DEFENDANTS' MOTION TO REMAND**

The United States of America has filed a motion to dismiss (Dkt. No. 17) which asks that the Internal Revenue Service be dismissed as a party to this action and that the case be remanded to the Circuit Court for Harford County.

Defendants Michael Craig Worsham and Michael C. Worsham, P.C. have filed a

motion to remand.  The United States does not oppose the relief sought in that motion so long as the Internal Revenue Service is first dismissed as a party defendant.

Dated: September 18, 2012.

>Respectfully submitted,
>
>KATHLEEN KENEALLY
>Assistant Attorney General
>
>
> /s/ Gerald A. Role
>GERALD A. ROLE, #04674
>Trial Attorney
>Tax Division
>U.S. Department of Justice
>P.O. Box 227
>Washington, D.C.  20044
>Telephone:  (202) 307-0461
>Fax:  (202) 514-6866
>Email: gerald.a.role@usdoj.gov

OF COUNSEL:

ROD J. ROSENSTEIN
United States Attorney